**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 4:22–mj–00172 |
| | § | |
| Scott Provost | § | |

# Order Appointing Counsel

Because the defendant has satisfied this court that he or she cannot afford to employ counsel, the court appoints the Federal Public Defender to represent the defendant.

Signed on January 28, 2022, in Houston, Texas.

_____
Frances H. Stacy
United States Magistrate Judge